UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

BARBARA BOWEN AND LORRAINE COHEN,   :   07cv10997 (RMB)

                        Plaintiffs,   :

                -V-   :   ORDER TO SHOW CAUSE
                                               FOR PRELIMINARY
MATTHEW GOLDSTEIN, IN HIS OFFICIAL CAPACITY   :   INJUNCTION AND
AS CHANCELLOR OF THE CITY UNIVERSITY OF       TEMPORARY
NEW YORK, GAIL MELLOW, IN HER OFFICIAL   :   RESTRAINING ORDER
CAPACITY AS PRESIDENT OF LAGUARDIA
COMMUNITY COLLEGE; AND FREDERICK   :
SCHAFFER, IN HIS OFFICIAL CAPACITY AS VICE
CHANCELLOR OF LEGAL AFFAIRS OF THE CITY   :
UNIVERSITY OF NEW YORK,

                        Defendants.

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/05/07

Upon affidavits of Lorraine Cohen and Hanan B. Kolko, sworn to the 4th day of December, 2007, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendants show cause before a motion term of this Court, at Room __ United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on 12/10/07, at 12:45 o'clock in the afternoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from barring plaintiffs or any other officers, staff members or member of the Professional Staff Congress/City University of New York ("PSC") from using the LaGuardia Community College GroupWise system for communications consisting of union business; and it is further

~~ORDERED, that, sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ.~~

~~the defendant is temporarily restrained and enjoined from barring plaintiffs or any other officers, staff members or member of the PSC from using the LaGuardia Community College GroupWise system for communications consisting of union business; and it is further~~

✓ ~~ORDERED that security in the amount $_____ be posted by the plaintiff prior to _____ _____, _____, at _____ o'clock in the _____ noon of that day, and it is further~~

✓ ORDERED that personal service of a copy of this order and annexed affidavit upon defendant or his counsel on or before **2:00'** o'clock in the **afternoon, on** **12/5/07**, shall be deemed good and sufficient service thereof. **Response, if any, to be served + filed by noon on 12/7/07 with courtesy copy hand delivered to chambers.**

Dated: New York, New York

✓ ISSUED: **5:25 PM** M
**12/4/07**

*RMB*
_____
United States District Judge

*Richard M. Berman*

91107

**Parties to work on settlement of these issues prior to court conference, including within collective bargaining process, etc.**

*RMB*