UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
BARBARA BOWEN AND LORRAINE COHEN,

                                                 Plaintiffs,

            -against-

MATTHEW GOLDSTEIN IN HIS OFFICIAL
CAPACITY AS CHANCELLOR OF THE CITY
UNIVERSITY OF NEW YORK, GAIL MELLOW IN
HER OFFICIAL CAPACITY AS PRESIDENT OF
LAGUARDIA COMMUNITY COLLEGE; AND
FREDERICK SCHAFFER, IN HIS OFFICIAL
CAPACITY AS VICE CHANCELLOR OF LEGAL
AFFAIRS OF THE CITY UNIVERSITY OF NEW
YORK,

                                                 Defendants.
------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

CV-07-10997 (RMB)

        **PLEASE TAKE NOTICE** that Assistant Corporation Counsel Lawrence J. Profeta of the Office of the Corporation Counsel of the City of New York, attorney for the defendants, shall now appear in this matter for the defendants.

Dated:      New York, New York
               December 7, 2007

                                        Respectfully submitted,

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        Attorney for Defendants
                                        100 Church Street, Room 2-186
                                        New York, New York 10007
                                        (212) 788-0954

               By: _____
                                        LAWRENCE J. PROFETA (LP 5674)
                                        Assistant Corporation Counsel