UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BOWEN, et al.

                Plaintiff(s),                    **Case Management Plan**

        - v -

                                             07 CV. 10997 (RMB)(MHD)

GOLDSTEIN, et al.,

                Defendant(s).
------------------------------------------------------------X

       The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by  **2/1/08**

(ii)   Amend the pleadings by  **2/1/08**

(iii)  All discovery to be **expeditiously** completed by  **MAY 30, 2008 (FACT + Expert)**

(iv)  Consent to Proceed before Magistrate Judge

(v)   Status of settlement discussions  **June 5, 2008 @ 10:00 conference with principals**

**Sections vi through xi will be set at conference with the Court.**

(vi)  Motions  **See Court's Rules re: Motions**

(vii)  Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix)  Final Pre-Trial Conference

(x)   Trial

(xi)  Other

**SO ORDERED:** New York, New York
                     **12/21/07**

                                                                  Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/07