# MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

COUNSELORS AT LAW

990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NEW YORK 11530-9194
516-741-6565
FACSIMILE 516-741-6706

ONE COMMERCE PLAZA
SUITE 1705
ALBANY, NEW YORK 12260
518-465-5551
FACSIMILE 518-465-2033

1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NEW YORK 10018-0026
212-239-4999
FACSIMILE: 212-239-1311
E-MAIL: meyersuozzi@msek.com
WEBSITE: http://www.msek.com

1300 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, DC 20036
202-955-6340
FACSIMILE: 202-223-0358

425 BROADHOLLOW ROAD, SUITE 405
P.O. BOX 9064
MELVILLE, NEW YORK 11747-9064
631-249-6565
FACSIMILE: 631-777-6906

HANAN B. KOLKO
DIRECT DIAL 212-763-7017
E-MAIL: HKOLKO@MSEK.COM

May 22, 2008

**Via Hand Delivery**
Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: Bowen v. Goldstein
Case No. CV 07 10997 (RMB)

**MEMO ENDORSED**

Dear Judge Berman:

We represent plaintiffs in the above matter. A status conference with principals is now set for June 5, 2008. Because plaintiffs' principal will be away that week, on behalf of plaintiffs we request that the June 5 conference be rescheduled. Counsel for defendant consents to this request. Plaintiffs are available for a conference on June 18, 19, 24, and 25.

Thank you for your consideration in this matter.

Respectfully submitted,

Hanan B. Kolko

HBK:ptp

Cc: Lawrence Profeta, Esq. (*Via E-Mail*)
Peter Zwiebach, Esq.
Steve London

Adjourned to 6/25/08 @ 9:15.

SO ORDERED:
Date: 5/27/08

Richard M. Berman, U.S.D.J.

95252