**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
COUNSELORS AT LAW
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NEW YORK 10018-0026
212-239-4999
FACSIMILE: 212-239-1311
E-MAIL: meyersuozzi@msek.com
WEBSITE: http://www.msek.com

990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NEW YORK 11530-9194
516-741-6565
FACSIMILE: 516-741-6706

ONE COMMERCE PLAZA
SUITE 1705
ALBANY, NEW YORK 12260
518-465-5551
FACSIMILE: 518-465-2033

1300 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, DC 20036
202-955-6340
FACSIMILE: 202-223-0358

425 BROADHOLLOW ROAD, SUITE 405
P.O. BOX 9064
MELVILLE, NEW YORK 11747-9064
631-249-6565
FACSIMILE: 631-777-6906

HANAN B. KOLKO
DIRECT DIAL: 212-763-7017
E-MAIL: HKOLKO@MSEK.COM

July 10, 2008



RECEIVED
JUL 11 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

***Via Hand Delivery***
Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, NY 10007

   Re: Bowen v. Goldstein
     Case No. CV 07 10997 (RMB)

Dear Judge Berman:

  We represent plaintiffs in the above matter. As outlined in our June 24, 2008 letter, the parties have reached a tentative collective bargaining agreement which, once ratified, will resolve the dispute which gave rise to this case. The Professional Staff Congress/CUNY (the "PSC") is in the process of distributing the tentative collective bargaining agreement to its members. It anticipates mailing ratification ballots in late July, and that ratification voting will be completed by on or about September 1, 2008. For this reason, we request that that the matter be restored to Your Honor's calendar and kept on the calendar until September 15, 2008. This will enable us to advise Your Honor on the status of ratification, and whether there is any further need to keep the matter on Your Honor's calendar.

  Thank you for your consideration in this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

         Respectfully submitted,

         /s/
         Hanan B. Kolko

*The parties are directed to appear before the Court on 9/9/08 at 9:00 a.m.*

SO ORDERED:
Date: 7/14/08
      Richard M. Berman, U.S.D.J.

HBK:ptp
Cc: Lawrence Profeta, Esq. (*Via E-Mail*)
   Peter Zwiebach, Esq.
   Steve London
   Kathy Raymond, Esq. (*Via E-Mail*)

96377