USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BOWEN, et al.,

                Plaintiffs,

     - against -

GOLDSTEIN, et al.,

                Defendants.
------------------------------------------------------------x

07 Civ. 10997 (RMB)

**ORDER OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

Based upon the Defendant's letter, dated June 24, 2008, indicating that the parties have "reached a tentative collective bargaining agreement which, once ratified, will resolve the dispute which gave rise to this case," it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiffs or Defendants may apply, on or before July 10, 2008 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED.**

Dated: New York, New York
        June 24, 2008

                                                Richard M. Berman, U.S.D.J.